IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

STOWELL INVESTMENTS, INC.                    PLAINTIFF

v.               No. 4:20-cv-1169-DPM

MARTHA W. BRODAY and KIMBERLY
A. HOLMES, Trustee of the Martha W.
Broday Irrevocable Trust                          DEFENDANTS

## JUDGMENT

Stowell Investments' claims are dismissed without prejudice for want of subject matter jurisdiction.

_____
D.P. Marshall Jr.
United States District Judge

17 November 2020